# Notice Recipients

District/Off: 0970–2  User: vargasr  Date Created: 12/8/2009
Case: 2:08–bk–09545–RTB  Form ID: pdf003  Total: 5

**Recipients of Notice of Electronic Filing:**
db     Michael John Stinson     castinson@cox.net
tr     RUSSELL BROWN
aty     HARVEY B. PLATT     hplatt@plattwestby.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
jdb     Carole Ann Stinson     9046 W. Villa Maria Dr.     Peoria, AZ 85382
aty     RUSSELL 3 BROWN     3838 N. CENTRAL AVE., #800     PHOENIX, AZ 85012–1965

TOTAL: 2